**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 98-7058**

―――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BOBBY O. FOSTER, JR.,

Defendant - Appellant.

―――――――

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-93-47, CA-97-428-3-P)

―――――――

Submitted: December 17, 1998          Decided: January 6, 1999

―――――――

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

―――――――

Dismissed by unpublished per curiam opinion.

―――――――

Bobby O. Foster, Jr., Appellant Pro Se. Douglas Scott Broyles, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

―――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bobby Foster, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Foster, Nos. CR-93-47; CA-97-428-3-P (W.D.N.C. June 3, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's judgment is marked as "filed" on June 1, 1998, the district court's records show that it was entered on the docket sheet on June 3, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, we take the date that the judgment was entered on the docket sheet as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2